DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERICA FRAZIER** and **JIMMY LOUIS,**
Appellants,

v.

**AZURE ESTATES FL TC, LP,**
Appellee.

No. 4D21-250

[June 3, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case Nos. 50-2109-AP-000200-CA-XXXX-MB and 50-2019-CC-015252-XXX-MB.

Malik D. Leigh of Watson Leigh, P.A., Pompano Beach, for appellants.

Katina M. Hardee of Fowler White Burnett, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***